IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| ABLE HOME HEALTH, LLC, | ) | |
| on behalf of plaintiff and a class, | ) | |
| | ) | |
| Plaintiff, | ) | 13 C 4731 |
| | ) | |
| v. | ) | Judge Chang |
| | ) | Magistrate Judge Valdez |
| CAPITAL PORTFOLIO MANAGEMENT, INC., | ) | |
| and JOHN DOES 1-10, | ) | |
| | ) | |
| Defendants. | ) | |

**NOTICE OF SETTLEMENT**

Plaintiff Able Home Health, LLC and defendant Capital Portfolio Management, Inc. have agreed to resolve this case on an individual basis. The parties anticipate filing a stipulation of dismissal within the next 30 days.

Dated: September 6, 2013

| | |
|---|---|
|    s/ Heather Kolbus    |    s/ Bart T. Murphy (w/ permission) |
| Daniel A. Edelman | Bart T. Murphy |
| Heather Kolbus | Thomas J. Hayes |
| EDELMAN, COMBS, LATTURNER | Isaac J. Colunga |
|      & GOODWIN, LLC | ICE MILLER LLP |
| 120 S. LaSalle Street, 18th Floor | 2300 Cabot Drive, Suite 455 |
| Chicago, IL 60603 | Lisle, IL 60532 |
| (312) 739-4200 | (630) 955-0555 |
| (312) 419-0379 (FAX) | (630) 955-4271 (FAX) |

## **CERTIFICATE OF SERVICE**

      I, Heather Kolbus, certify that on September 6, 2013, I caused the foregoing document to be filed via the Court's CM/ECF system, which will send notice of such filing to the following:

| | |
|---|---|
| Bart T. Murphy | bart.murphy@icemiller.com |
| Thomas J. Hayes | thomas.hayes@icemiller.com |
| Isaac J. Colunga | isaac.colunga@icemiller.com |

      s/ Heather Kolbus
      Heather Kolbus