# UNITED STATES DISTRICT COURT
## FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 5.1.1
### Eastern Division

Able Home Health, LLC

                              Plaintiff,

v.                                                        Case No.: 1:13−cv−04731

                                                                Honorable Edmond E. Chang

Capital Portfolio Management, Inc., et al.

                              Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Friday, September 27, 2013:

       MINUTE entry before Honorable Edmond E. Chang: Pursuant to the stipulated dismissal, under Rule 41(a)(1)(A)(ii), the case is dismissed with prejudice, each side to bear its own fees and costs. The putative class claims were not certified and are dismissed without prejudice, each side to bear its own fees and costs. Status hearing of 10/01/2013 is vacated. Civil case terminated. Mailed notice(slb, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.